UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**RONALD E. DUDLEY,**     **CASE NO. 3:13-cv-058**

    Petitioner,     **Judge Timothy S. Black**
                              **Magistrate Judge Michael R. Merz**

    -vs-

**WARDEN, Marion Correctional Institution,**

    Respondent.

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]     Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]     Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Reports and Recommendations (Docs. 14, 17, 22) of the United States Magistrate Judge are **ADOPTED** in their entirety; the Petitioner's Objections (Docs.15, 19, 25) are **OVERRULED**; the Petition (Doc. 2) is **DISMISSED WITH PREJUDICE;** any request for a certificate of appealability under 28 U.S.C. § 2253 (c) is **DENIED***;* it is **CERTIFIED** that any appeal would be objectively frivolous and any request for leave to appeal *in forma pauperis* would be **DENIED**; and the case is **TERMINATED** from the docket.

Date: January 10, 2014     **JOHN P. HEHMAN, CLERK**
                                                                         By: s/ M. Rogers
                                                                          Deputy Clerk